**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ADRIAN LOVELL, | Civil Action No. 3:17-cv-01411-SRU |
| Plaintiff, | |
| vs. | |
| DEVEREUX FOUNDATION, INC., d/b/a Devereux Glenholme School, | |
| Defendant. | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Adrian Lovell, and the Defendant, Devereux Foundation, Inc., d/b/a Devereux Glenholme School, who represent all parties that have appeared in this action, that the above-captioned suit between these parties be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1), each party to bear their own costs and attorneys' fees.

Dated: July 2, 2018

| Plaintiff, Adrian Lovell | Defendant, Devereux Foundation, Inc. |
|---|---|
| By: /s/ Stuart S. Mermelstein | By: /s/ Jonathan A. Kocienda |
| JEFF HERMAN | JONATHAN A. KOCIENDA |
| STUART S. MERMELSTEIN | MICHAEL R. MCPHERSON |
| HERMAN LAW | DANAHER LAGNESE, PC |
| 5200 Town Center Cir. #540 | 21 Oak Street |
| Boca Raton, FL 33486 | Hartford, CT 06106 |
| (305) 931-2200 | |
| *Admitted Pro Hac Vice* | |

    - and -

BY: /423808/
    FRANK C. BARTLETT, JR.

BARTLETT LEGAL GROUP, LLC
126 Elm Street
Cheshire, CT  06410
(203) 439-7717